UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Harry H. Wetzel et. al

          Plaintiff(s),

v.

TCS Expeditions, Inc.

          Defendant(s).

Case No. C 07-02415JL

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 7/17/07          _____
                                            [Party] *

Dated: 7/17/07          _____
                                            [Counsel]

\* Please note that Plaintiffs are out of the country traveling and unavailable to sign by the deadline. Plaintiff's counsel will amend this certification by 8/1/07. Plaintiffs and counsel have discussed the items above.