UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Harry H. Wetzel et. al,

               Plaintiff(s),

         v.

TCS Expeditions, Inc.,

               Defendant(s).

CASE NO. C 07-02415JL

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)  (ADR L.R. 5)
        Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
    ✓    Private ADR *(please identify process and provider)*  Mediation with JAMS

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓    other requested deadline  January 25, 2008 due to counsel's pregnancy

Dated: 7/17/07

Dated: July 18, 2007

                        Attorney for Plaintiff

                        Attorney for Defendant

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
Non-binding Arbitration
Early Neutral Evaluation (ENE)
Mediation
X  Private ADR

Deadline for ADR session
90 days from the date of this order.
other    January 25, 2008

IT IS SO ORDERED.

Dated: _July23, 2007_____

UNITED STATES MAGISTRATE JUDGE