1  Steven R. Blackburn, State Bar No. 154797
   sblackburn@ebglaw.com
2  Leslie J. Mann, State Bar No. 95467
   lmann@ebglaw.com
3  EPSTEIN BECKER & GREEN, P.C.
   One California Street, 26th Floor
4  San Francisco, California 94111-5427
   Telephone: 415.398.3500
5  Facsimile: 415.398.0955

6  Attorneys for Defendant
   TCS EXPEDITIONS, INC.

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | HARRY HERMAN WETZEL and MARGARET KIRKPATRICK WETZEL, | CASE NO.: C 07-02415JL |
|---|---|---|
| 12 | | E-Filing |
| 13 | Plaintiff, | DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE |
| 14 | v. | AND |
| 15 | TCS EXPEDITIONS, INC., a Delaware corporation; and DOES 1-50, inclusive, | REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| 16 | Defendant. | |

17

18        REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

19        The undersigned party herby declines to consent to the assignment of this case to a

20  United States Magistrate Judge for trial and disposition and herby requests the reassignment of

21  this case to a United States District Judge.

22  DATED: Aug 1. 2007                    EPSTEIN BECKER & GREEN, P.C.

23

24                                        By: _____
25                                            Steven R. Blackburn
                                              Leslie J. Mann
26                                            Attorneys for Defendant
                                              TCS Expeditions, Inc.
27

28

SF:146243v1   Declination to proceed before a Magistrate Judge and Request for reassignment to a United States District Judge
                                                                                  Case No. 07-02415JL