1  DANIELE L. MARAVIGLIA (SB# 177040)
   Law Offices of
2  **PASSALACQUA, MAZZONI, GLADDEN,**
   **LOPEZ & MARAVIGLIA, LLP**
3  1201 Vine Street, Suite 200
   P.O. Box 455
4  Healdsburg, CA 95448-0455
   Telephone (707)433-3363
5  Facsimile (707)433-3606

6  Attorney for Plaintiffs
   Harry Herman Wetzel and
7  Margaret Kirkpatrick Wetzel

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 HARRY HERMAN WETZEL and          CASE NO:    C 07-02415JSW
   MARGARET KIRKPATRICK WETZEL

12         Plaintiffs,              PROOF OF SERVICE OF ORDER
                                    SETTING CASE MANAGEMENT
13 vs.                              CONFERENCE AND REQUIRING
                                    JOINT CASE MANAGEMENT
14 TCS EXPEDITIONS, INC., a Delaware STATEMENT
   Corporation, and Does 1 - 50, inclusive,
15
           Defendants.
16 _____/

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

STATE OF CALIFORNIA ) 
) ss
COUNTY OF SONOMA )

I am a citizen of the United States. My business address is 1201 Vine Street, Suite 200, Healdsburg, California 95448. I am employed in the county of Sonoma where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On August 10, 2007, following ordinary business practice, I served the foregoing document(s) described as:

**Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement**

_____ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

__XX__ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Healdsburg, California.

_____ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

_____ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

Steven R. Blackburn, Esq.                              *Attorneys for Defendant*
Leslie J. Mann, Esq.
Epstein Becker & Green, P.C.
One California Street, 26th Floor
San Francisco, CA 94111-5427

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed on August 10, 2007 at Healdsburg, California.

*/s/ Dolly Machado*
DOLLY MACHADO

Law Offices of
PASSALACQUA, MAZZONI, GLADDEN, LOPEZ & MARAVIGLIA, LLP
1201 Vine Street, Suite 200
P.O. Box 455
Healdsburg, CA 95448-0455

*Wetzel v. TCS Expeditions, Case No. 07-02415JSW*
*Order Setting CMC and Requiring Joint Case Management Conference Statement*