# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**                **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: November 2, 2007                  **Court Reporter**: Kathy Wyatt


**CASE NO.: C-07-2415  JSW**

**TITLE:**  Harry Herman Wetzel, et al., v. TCS Expeditions, Inc.


**COUNSEL FOR PLAINTIFF:**                  **COUNSEL FOR DEFENDANT:**

Daniele Maraviglia                          Leslie Mann


**PROCEEDINGS:**   Initial Case Management Conference


**RESULTS:**   Limited discovery in aide of mediation.  The parties have chosen private mediation with JAMS, which shall be completed by 3-31-08.

Further CMC:  4-18-08 at 1:30 p.m.
Joint CMC statement due:  4-11-08