Steven R. Blackburn, State Bar No. 154797
sblackburn@ebglaw.com
Leslie J. Mann, State Bar No. 95467
lmann@ebglaw.com
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: 415.398.3500
Facsimile: 415.398.0955

Attorneys for Defendant
TCS EXPEDITIONS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARRY HERMAN WETZEL and MARGARET KIRKPATRICK WETZEL,<br><br>Plaintiff,<br><br>v.<br><br>TCS EXPEDITIONS, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendant. | CASE NO.: C 07-02415 JSW<br><br>**E-Filing**<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-16, the undersigned, counsel of record for Defendant TCS Expeditions Inc., certifies that, as of this date, defendant's parent corporation is First Choice Holdings, Inc., a Delaware corporation.

DATED: January 24, 2008                              EPSTEIN BECKER & GREEN, P.C.


                                                      By:    /s/ Leslie J. Mann
                                                            Steven R. Blackburn
                                                            Leslie J. Mann
                                                            Attorneys for Defendant
                                                            TCS Expeditions, Inc.