Daniele L. Maraviglia
PASSALACQUA, MAZZONI, GLADDEN, LOPEZ
& MARAVIGLIA, LLP
1201 Vine Street, Suite 200
Healdsburg, CA 95448
Telephone: 707.433.3363
Facsimile: 707.433.3606

Attorneys for Plaintiffs
HARRY HERMAN WETZEL and MARGARET
KIRKPATRICK WETZEL

Steven R. Blackburn, State Bar No. 154797
sblackburn@ebglaw.com
Leslie J. Mann, State Bar No. 95467
lmann@ebglaw.com
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: 415.398.3500
Facsimile: 415.398.0955

Attorneys for Defendant
TCS EXPEDITIONS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARRY HERMAN WETZEL and MARGARET KIRKPATRICK WETZEL,<br><br>Plaintiff,<br><br>v.<br><br>TCS EXPEDITIONS, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendant. | CASE NO.: C 07-02415 JSW<br><br>**E-Filing**<br><br>**STIPULATION & MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND DATE FOR COMPLETING MEDIATION AND TO CONTINUE THE FURTHER CASE MANAGEMENT CONFERENCE DATE; [Proposed] ORDER THEREON**<br><br>*[USDC Civil Local Rules 7-11 & 7-12]* |

Plaintiffs Harry Herman Wetzel and Margaret Kirkpatrick Wetzel [hereinafter "the Wetzels"] and Defendant TCS Expeditions, Inc., by and through their attorneys of record, jointly submit this Stipulation & Motion requesting an extension of time in order to complete mediation and to continue the Further Case Management Conference date.

1

**Request to Extend Mediation Date**

Counsel for the parties attended the Initial Case Management Conference for this matter on November 2, 2007. As a result of that hearing, the court issued a Minute Order requiring the parties to complete mediation by March 31, 2008.

Counsel are jointly requesting an extension of the date for the completion of mediation to May 23, 2008, which is the date that the parties and counsel have scheduled with the Honorable Daniel Hanlon (Ret.) of JAMS for a private mediation.

The reasons for our inability to schedule a mediation prior to March 31, 2008 are various. First, the Wetzels will be out of the country between March 19th and April 10th. Secondly, defense counsel needs to finalize pre-mediation discovery, which is not yet completed though the parties are cooperating in providing the information deemed necessary for an effective mediation. Plaintiff's deposition was noticed. The parties are attempting to work out the scope of Plaintiffs' claimed privacy right to their medical records. Plaintiff's physician has been subpoenaed for deposition but counsel has had difficulty confirming his availability for deposition. Third, Defense counsel has a trial of substantial length scheduled for late April continuing through early May in Marin County Superior Court.

Justice Hanlon's availability for mediations in March, and April is limited to just a few days during each of these months, and those dates conflicted with the parties' calendar and each counsel's trial calendar. Therefore the mediation is scheduled for May 23, 2008. As such, we respectfully request an order extending the time for the completion of mediation in this matter to May 23, 2008.

**Request To Extend Further Case Management Date**

Currently, there is a Further Case Management Conference Scheduled for April 18, 2008 at 1:30p.m. The purpose of this Case Management Conference is to report to the court on the results of mediation, and if the matter remains unresolved to establish a timeline for discovery and trial.

2

It is respectfully suggested that the Further Case Management Conference will have little utility to the court until such time as the parties have completed mediation. Each attorney expects a good faith attempt at resolution of this matter, as this is the type of matter that can and should be settled through mediation.

Therefore, we jointly ask the court to continue the Further Case Management Conference to a date of the court's choosing, after May 23, 2008, so that the parties may complete mediation and report back to the court as intended at the Initial Case Management Conference.

The above is hereby stipulated and agreed between counsel:

DATED: February 15, 2008          PASSALACQUA, MAZZONI, GLADDEN, LOPEZ & MARAVIGLIA

By: /s/
Daniele Maraviglia
Attorney for Plaintiffs
Harry Herman Wetzel and Margaret Kirkpatrick Wetzel

DATED: February 15, 2008          EPSTEIN BECKER & GREEN, P.C.

By: /s/
Steven R. Blackburn
Leslie J. Mann
Attorneys for Defendant
TCS Expeditions, Inc.

## **ADMINISTRATIVE ORDER**

THE PARTIES HAVING STIPULATED THERETO, THE COURT ORDERS:

1. The parties shall have until and including May 23, 2008 in order to complete private mediation with JAMS.

2. The date of the Further CMC is continued to: _____.

DATED:_____              _____
                                          UNITED STATES DISTRICT
                                          COURT JUDGE