1  Daniele L. Maraviglia
   PASSALACQUA, MAZZONI, GLADDEN, LOPEZ
2  & MARAVIGLIA, LLP
   1201 Vine Street, Suite 200
3  Healdsburg, CA 95448
   Telephone: 707.433.3363
4  Facsimile: 707.433.3606

5  Attorneys for Plaintiffs
   HARRY HERMAN WETZEL and MARGARET
6  KIRKPATRICK WETZEL

7  Steven R. Blackburn, State Bar No. 154797
   sblackburn@ebglaw.com
8  Leslie J. Mann, State Bar No. 95467
   lmann@ebglaw.com
9  EPSTEIN BECKER & GREEN, P.C.
   One California Street, 26th Floor
10 San Francisco, California 94111-5427
   Telephone: 415.398.3500
11 Facsimile: 415.398.0955

12 Attorneys for Defendant
   TCS EXPEDITIONS, INC.
13                    **UNITED STATES DISTRICT COURT**

14                   **NORTHERN DISTRICT OF CALIFORNIA**

15

16 HARRY HERMAN WETZEL and          CASE NO.: C 07-02415 JSW
   MARGARET KIRKPATRICK WETZEL,
17                                   **E-Filing**
                Plaintiff,
18                                   **NOTICE OF SETTLEMENT; REQUEST
                                     TO EXTEND CASE MANAGEMENT
19       v.                          DATE**
                                     **(Proposed) ORDER THEREON**
   TCS EXPEDITIONS, INC., a Delaware
20 corporation; and DOES 1-50, inclusive,

21              Defendant.

22

23

24      **Notice of Settlement**: Plaintiffs Harry Herman Wetzel and Margaret Kirkpatrick Wetzel

25 [hereinafter "the Wetzels"] & Defendant TCS Expeditions, Inc., by and through their attorneys

26 of record, jointly advise the court that the parties have through the mediation process agreed to

27 terms in complete Settlement of the above-entitled matter.

28

**Request To Extend Further Case Management Date**

Currently, there is a Further Case Management Conference Scheduled for June 6, 2008 at 1:30p.m. Counsel anticipate that it will take 60 days to memorialize the settlement terms to writing, finalize the matter, and file the appropriate dismissal.

Therefore, we would jointly ask the court to continue the Further Case Management Conference for control purposes only to a date of the court's choosing, which date is after July 28, 2008, so that the parties may finalize the settlement. It is anticipated that a dismissal will be on file long before that date.

The above is hereby stipulated and agreed between counsel:


DATED: May 29, 2008                    PASSALACQUA, MAZZONI, GLADDEN,
                                        LOPEZ & MARAVIGLIA



                                        By: _____/S/_____
                                            Daniele Maraviglia
                                            Attorney for Plaintiffs
                                            Harry Herman Wetzel and Margaret
                                            Kirkpatrick Wetzel


DATED: May 29, 2008                    EPSTEIN BECKER & GREEN, P.C.



                                        By: _____/S/_____
                                            Steven R. Blackburn
                                            Leslie J. Mann
                                            Attorneys for Defendant
                                            TCS Expeditions, Inc.

1

2                              **ADMINISTRATIVE ORDER**

3            THE PARTIES HAVING STIPULATED THERETO, THE COURT ORDERS:

4

5        1.        The date of the further CMC is continued to: _____.

6                  Counsel and parties are instructed to finalize the settlement agreement,

7                  complete all terms thereof, and file a dismissal on or before the date of the

8                  further CMC.

9

10   DATED:_____        _____

11                                       UNITED STATES DISTRICT
                                         COURT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28