```
 1  Daniele L. Maraviglia
    PASSALACQUA, MAZZONI, GLADDEN, LOPEZ
 2  & MARAVIGLIA, LLP
    1201 Vine Street, Suite 200
 3  Healdsburg, CA 95448
    Telephone: 707.433.3363
 4  Facsimile: 707.433.3606

 5  Attorneys for Plaintiffs
    HARRY HERMAN WETZEL and MARGARET
 6  KIRKPATRICK WETZEL

 7  Steven R. Blackburn, State Bar No. 154797
    sblackburn@ebglaw.com
 8  Leslie J. Mann, State Bar No. 95467
    lmann@ebglaw.com
 9  EPSTEIN BECKER & GREEN, P.C.
    One California Street, 26th Floor
10  San Francisco, California 94111-5427
    Telephone: 415.398.3500
11  Facsimile: 415.398.0955

12  Attorneys for Defendant
    TCS EXPEDITIONS, INC.
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARRY HERMAN WETZEL and MARGARET KIRKPATRICK WETZEL, <br><br>Plaintiff, <br><br>v. <br><br>TCS EXPEDITIONS, INC., a Delaware corporation; and DOES 1-50, inclusive, <br><br>Defendant. | CASE NO.: C 07-02415 JSW <br><br>E-Filing <br><br>NOTICE OF SETTLEMENT; REQUEST TO EXTEND CASE MANAGEMENT DATE <br>(Proposed) ORDER THEREON |

**Notice of Settlement**: Plaintiffs Harry Herman Wetzel and Margaret Kirkpatrick Wetzel [hereinafter "the Wetzels"] & Defendant TCS Expeditions, Inc., by and through their attorneys of record, jointly advise the court that the parties have through the mediation process agreed to terms in complete Settlement of the above-entitled matter.

**Request To Extend Further Case Management Date**

Currently, there is a Further Case Management Conference Scheduled for June 6, 2008 at 1:30p.m. Counsel anticipate that it will take 60 days to memorialize the settlement terms to writing, finalize the matter, and file the appropriate dismissal.

Therefore, we would jointly ask the court to continue the Further Case Management Conference for control purposes only to a date of the court's choosing, which date is after July 28, 2008, so that the parties may finalize the settlement. It is anticipated that a dismissal will be on file long before that date.

The above is hereby stipulated and agreed between counsel:

DATED: May 29, 2008

PASSALACQUA, MAZZONI, GLADDEN, LOPEZ & MARAVIGLIA

By: /S/
Daniele Maraviglia
Attorney for Plaintiffs
Harry Herman Wetzel and Margaret Kirkpatrick Wetzel

DATED: May 29, 2008

EPSTEIN BECKER & GREEN, P.C.

By: /S/
Steven R. Blackburn
Leslie J. Mann
Attorneys for Defendant
TCS Expeditions, Inc.

## ADMINISTRATIVE ORDER

THE PARTIES HAVING STIPULATED THERETO, THE COURT ORDERS:

1. The date of the further CMC is continued to: <u>August 8, 2008 at 1:30</u> p.m. Counsel and parties are instructed to finalize the settlement agreement, complete all terms thereof, and file a dismissal on or before the date of the further CMC.

DATED: May 29, 2008

*/s/ Jeffrey S. White*
UNITED STATES DISTRICT
COURT JUDGE