Daniele L. Maraviglia
PASSALACQUA, MAZZONI, GLADDEN, LOPEZ
& MARAVIGLIA, LLP
1201 Vine Street, Suite 200
Healdsburg, CA 95448
Telephone: 707.433.3363
Facsimile: 707.433.3606

Attorneys for Plaintiffs
HARRY HERMAN WETZEL and MARGARET
KIRKPATRICK WETZEL

Steven R. Blackburn, State Bar No. 154797
sblackburn@ebglaw.com
Leslie J. Mann, State Bar No. 95467
lmann@ebglaw.com
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: 415.398.3500
Facsimile: 415.398.0955

Attorneys for Defendant
TCS EXPEDITIONS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY HERMAN WETZEL and MARGARET KIRKPATRICK WETZEL,<br><br>Plaintiff,<br><br>v.<br><br>TCS EXPEDITIONS, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendant. | CASE NO.: C 07-02415 JSW<br><br>**E-Filing**<br><br>**STIPULATION OF DISMISSAL; ORDER** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to *FRCP 41(a)(1).*

DATED: August 4, 2008               PASSALACQUA, MAZZONI, GLADDEN,
                                    LOPEZ & MARAVIGLIA


                                    By:   /S/
                                          Daniele Maraviglia
                                          Attorney for Plaintiffs
                                          Harry Herman Wetzel and Margaret
                                          Kirkpatrick Wetzel


DATED: August 4, 2008               EPSTEIN BECKER & GREEN, P.C.


                                    By:   /S/
                                          Steven R. Blackburn
                                          Leslie J. Mann
                                          Attorneys for Defendant
                                          TCS Expeditions, Inc.

## ORDER

THE PARTIES HAVING STIPULATED THERETO, THE COURT ORDERS:

1. The above-entitled matter is hereby dismissed with prejudice.

DATED:_____    _____
    UNITED STATES DISTRICT
    COURT JUDGE