1  Daniele L. Maraviglia
   PASSALACQUA, MAZZONI, GLADDEN, LOPEZ
2  & MARAVIGLIA, LLP
   1201 Vine Street, Suite 200
3  Healdsburg, CA 95448
   Telephone: 707.433.3363
4  Facsimile: 707.433.3606

5  Attorneys for Plaintiffs
   HARRY HERMAN WETZEL and MARGARET
6  KIRKPATRICK WETZEL

7  Steven R. Blackburn, State Bar No. 154797
   sblackburn@ebglaw.com
8  Leslie J. Mann, State Bar No. 95467
   lmann@ebglaw.com
9  EPSTEIN BECKER & GREEN, P.C.
   One California Street, 26th Floor
10 San Francisco, California 94111-5427
   Telephone: 415.398.3500
11 Facsimile: 415.398.0955

12 Attorneys for Defendant
   TCS EXPEDITIONS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY HERMAN WETZEL and MARGARET KIRKPATRICK WETZEL,<br><br>Plaintiff,<br><br>v.<br><br>TCS EXPEDITIONS, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendant. | CASE NO.: C 07-02415 JSW<br><br>**E-Filing**<br><br>**STIPULATION OF DISMISSAL; ORDER** |

   IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to *FRCP 41(a)(1)*.

DATED: August 4, 2008

PASSALACQUA, MAZZONI, GLADDEN, LOPEZ & MARAVIGLIA

By: ___/S/___
Daniele Maraviglia
Attorney for Plaintiffs
Harry Herman Wetzel and Margaret Kirkpatrick Wetzel

DATED: August 4, 2008

EPSTEIN BECKER & GREEN, P.C.

By: ___/S/___
Steven R. Blackburn
Leslie J. Mann
Attorneys for Defendant
TCS Expeditions, Inc.

**ORDER**

THE PARTIES HAVING STIPULATED THERETO, THE COURT ORDERS:

1. The above-entitled matter is hereby dismissed with prejudice.

DATED: August 5, 2008

*/s/ Jeffrey S. White*
UNITED STATES DISTRICT
COURT JUDGE